**Sherry STUDLI, Plaintiff–Appellant,**

v.

**CHILDREN AND YOUTH SERVICES; John Cascio, Judge; Eugene Fike, Judge; James C. Marker, Somerset County Commissioner; Brad Cober,** **Somerset County Commissioner; Pamela A. Tokar Ickes, Somerset County Commissioner; Child Protective Services; Children and Youth and Families Central Regional Office, Defendants–Appellees.**

No. 12–2384.

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2013.

Decided: April 1, 2013.

Sherry Studli, Appellant Pro Se. Marie M. Jones, Jones Passodelis, PLLC, Pittsburgh, Pennsylvania; Bradley J. Neitzel, Michael Lee Bouyea, Office of the Attorney General of Maryland, Baltimore, Maryland; Mary Lynch Friedline, Office of the Attorney General, Pittsburgh, Pennsylvania, for Appellees.

Before NIEMEYER, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sherry Studli appeals the district court's order dismissing her civil action and issuing a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Studli v. Children & Youth Servs.,* No. 1:12–cv–01093–JKB, 2012 WL 5420322 (D.Md. Nov. 6, 2012). We deny Studli's motions to

strike Appellees' informal response briefs and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*